ISAAC MENDELSOHN, Respondent, v. JOSEPH ROSENBERG, Appellant; HARRY GLEICH and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals for leave to appeal thereto on condition that within five days from the entry of the order herein the appellant file an undertaking with corporate surety in the sum of $2,500, conditioned for his holding himself amenable to the process of the court; otherwise, the motion for a stay is denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

LARSIE METTS, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

JOHN MONAGHAN, Appellant, v. JOHN F. MAY and ANNA MAY, Also Known as Mrs. JOHN MAY, Respondents, and HARRY L. WEISS and Others, Defendants.— There being no opposition, the motion for reargument is granted and upon reargument the decision of this court dated July 3, 1934 [ante, p. 64], is modified so as to provide for an affirmance of the order in so far as appealed from, without costs. While the Special Term only found that the " mortgage debt " (not that item and costs) had been fully satisfied, it also found that the value of the property was $25,000, which amount is in excess of the mortgage debt and the costs; hence the previous modification allowing a deficiency judgment for costs is eliminated. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

VIOLET D. MOORE, as Administratrix, etc., of EDWARD T. MOORE, Deceased, Respondent, v. GOTTHILF BAHRET and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

SALVATORE ORILIA, Respondent, v. THE MACCABEES, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, ˙Scudder and Tompkins, JJ.

MARGARET R. PETERSON, Respondent, v. ANNA NATHANSON and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN R. FOOTE and Others, Appellants, and TOWN OF HEMPSTEAD, Respondent. (4 motions.) — Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT VALENTO, Appellant.— Application for a certificate permitting an appeal to the Court of Appeals denied by Mr. Justice Tompkins.